479 A.2d 1096

Commonwealth v. Cole, Appellant.

Submitted January 4, 1984.  Adam O. Renfroe,

Jr., for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, TAMILIA and HOFFMAN, JJ.

Judgment of sentence affirmed.